**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| E-CONTACT TECHNOLOGIES, LLC, § § PLAINTIFF, § § v. § § HOSTWAY CORPORATION, § § DEFENDANT. § § | CIVIL ACTION NO. 1:12-CV-084 JURY TRIAL DEMANDED |

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

In view of the Court's Order on April 17, 2013, the Plaintiff, E-Contact Technologies LLC and Defendant, Hostway Corporation, pursuant to Fed. R. Civ. P 41(a)(2), hereby move for an order dismissing all claims in this action asserted between them WITH PREJUDICE, with each party to bear its own attorneys' fees.

Dated: April 19, 2013

Respectfully submitted,

By: /s/ *Stevenson Moore*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com

**Ni, Wang & Associates, PLLC**
8140 Walnut Hill Ln., Ste. 310
Dallas, TX 75231
Tel: 972-331-4600
Fax: 972-314-0900

**ATTORNEYS FOR PLAINTIFF
E-CONTACT TECHNOLOGIES LLC**

*/s/ J Thad Heartfield*
J Thad Heartfield
The Heartfield Law Firm
2195 Dowlen Rd
Beaumont, TX 77706
409/866-3318
14098665789 (fax)
thad@jth-law.com

M. Dru Montgomery
The Heartfield Law Firm
2195 Dowlen Road
Beaumont, TX 77706
409/866-3318
409/866-5789 (fax)
dru@jth-law.com

**ATTORNEYS FOR DEFENDANT
HOSTWAY CORPORATION**

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 19th day of April, 2013, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Beaumont Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                         /s/ *Stevenson Moore*
                                         Stevenson Moore