IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| E-CONTACT TECHS., LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Civil Action No. 1:12-cv-84 |
| v. | § | |
| | § | |
| HOSTWAY CORP., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER OF DISMISSAL

Before the court is the Stipulated Motion for Dismissal With Prejudice of Plaintiff E-Contact Technologies, Inc. and Defendant Hostway, Corp. The court is of the opinion that the motion [Doc. # 17] should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff E-Contact Technologies, Inc.'s claims against Defendant Hostway, Corp., as well as Hostway's counterclaims against E-Contact, are DISMISSED WITH PREJUDICE. Attorney's fees shall be borne by the party incurring the same.

So **ORDERED** and **SIGNED** on April 22, 2013.

_____
Ron Clark, United States District Judge